|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| Pierre Devlin | Case No.: 2:21-cv-01266-JAD-DJA |
| Petitioner | |
| v. | **Order Dismissing Action** |
| W. Hutchings, *et al.*, | ECF No. 1 |
| Respondents | |

This is a petition for a writ of habeas corpus by Pierre Devlin, who is incarcerated at the Southern Desert Correctional Center in Indian Springs, Nevada. Devlin submitted his habeas petition[1] for filing on July 2, 2021. He did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. As a result, I dismiss this case without prejudice to Devlin's ability to initiate a new habeas corpus action in this court. If Devlin wishes to initiate a habeas corpus action in this court, he must (1) submit a petition for writ of habeas corpus, and (2) either (a) pay the filing fee ($5) or (b) submit a fully completed application to proceed *in forma pauperis* on the required form.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice, all pending **motions are denied**, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE**. **A certificate of appealability is DENIED** because jurists of reason would not find debatable whether the court is correct in dismissing this action;

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

---

[1] ECF No. 1-1.

- **SEND** the petitioner a copy of this order, a copy of his habeas petition (ECF No. 1-1); two copies of the form for a petition for a writ of habeas corpus, two copies of the form for an application to proceed *in forma pauperis* for a prisoner, and any available instructions regarding form habeas petition and the form *in forma pauperis* application;

- **ADD** Aaron D. Ford, Attorney General of the State of Nevada, to the docket for this case, as counsel for the Respondents; and

- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1-1) and a copy of this order. Respondents need take no action with respect to this case.

Dated: July 6, 2021.

_____
U.S. District Judge Jennifer A. Dorsey