# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Pierre Devlin,<br><br>    Petitioner<br>v.<br><br>W. Hutchings, *et al.*,<br><br>    Respondents | Case No.: 2:21-cv-01266-JAD-DJA<br><br>**Order Granting Motion to Extend Time**<br><br>**[ECF No. 19]** |

Petitioner Pierre Devlin, represented by appointed counsel, moves to extend time[1] to file his second-amended petition for writ of habeas corpus. There has been no prior extension of this deadline. Respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing, IT IS ORDERED that Petitioner's motion to extend time **[ECF No. 19] is GRANTED**. The second-amended petition is due **July 11, 2022**. In all other respects, the schedule set forth in the order of October 20, 2021,[2] remains in effect. This order does not extend, or affect in any manner, any statute of limitations.

_____
U.S. District Judge Jennifer A. Dorsey
April 7, 2022

---

[1] ECF No. 19.
[2] ECF No. 13.