UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE DEVLIN,<br><br>                    Petitioner,<br>     v.<br>W. HUTCHINGS, *et al.*,<br><br>                    Respondents. | Case No. 2:21-cv-01266-ART-DJA<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period, a 90-day extension of time, and a 60-day extension of time, the petitioner, Pierre Devlin, represented by appointed counsel, had until September 9, 2022, to file a second amended habeas petition. (*See* ECF Nos. 18, 20, 23.)

On September 6, 2022, Devlin filed a motion for extension of time (ECF No. 24), requesting a further 60-day extension of time, to November 8, 2022. Devlin's counsel states that the extension of time is necessary to adequately investigate Devlin's claims. Respondents do not oppose the motion for extension of time.

The Court finds that Devlin's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 24) is granted. Petitioner will have until and including November 8, 2022, to file a second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.

DATED THIS 8th day of September, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE