UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE DEVLIN,<br><br>                 Petitioner,<br><br>    v.<br><br>W. HUTCHINGS, *et al.*,<br><br>                 Respondents. | Case No. 2:21-cv-01266-ART-DJA<br><br>ORDER |

In this habeas corpus action, Petitioner Pierre Devlin, who is represented by appointed counsel, filed a second amended habeas petition on November 8, 2022 (ECF No. 26). Respondents were due to file a response to Devlin's second amended habeas petition by February 6, 2023. (*See* ECF No. 13 (scheduling order).)

On February 1, 2023, Respondents filed a motion for extension of time (ECF No. 28), requesting a 91-day extension of time, to May 8, 2023, to respond to the second amended petition. Respondents' counsel states that the extension of time is necessary because of a personal medical issue, and because he will be going out on extended medical leave beginning on February 6, 2023. Respondents' counsel represents that Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

1

1      It is therefore ordered that Respondents' Motion for Enlargement of Time
2 (ECF No. 28) is granted. Respondents will have until and including May 8, 2023,
3 to file a response to Petitioner's second amended petition for writ of habeas
4 corpus. In all other respects, the schedule for further proceedings set forth in the
5 order entered October 20, 2021 (ECF No. 13) will remain in effect.

7      DATED THIS 3rd day of February, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE