UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PIERRE DEVLIN,

          Petitioner,

  v.

RONALD OLIVER, *et al.*,

          Respondents.

Case No. 2:21-cv-01266-ART-DJA

ORDER

In this habeas corpus action, the respondents were to file their answer by April 22, 2024. (*See* ECF No. 41 (granting Respondents 60 days, following the Court's February 21, 2024, order on their motion to dismiss, to file answer).) On April 15, 2024, Respondents filed a motion for extension of time (ECF No. 42), requesting a 30-day extension of time, to May 22, 2024, for their answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and time away from his work. Respondents' counsel represents that Petitioner Pierre Devlin, who is represented by appointed counsel, does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

1

It is therefore ordered that Respondents' Motion for Extension of Time (ECF No. 42) is granted. Respondents will have until and including May 22, 2024, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.

DATED THIS 18th day of April 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE