UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PIERRE DEVLIN,

    Petitioner,

v.

RONALD OLIVER, *et al.*,

    Respondents.

Case No. 2:21-cv-01266-ART-DJA

ORDER

    In this habeas corpus action, the respondents were to file their answer by May 22, 2024. (*See* ECF No. 41 (granting Respondents 60 days to file answer, following February 21, 2024, order resolving motion to dismiss; ECF No. 43 (30-day extension).) On May 16, 2024, Respondents filed a motion for extension of time (ECF No. 44), requesting a second 30-day extension of time for their answer, to June 21, 2024. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Respondents' counsel represents that Petitioner Pierre Devlin, who is represented by appointed counsel, does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///

1

1        It is therefore ordered that Respondents' Motion for Extension of Time (ECF
2 No. 44) is granted. Respondents will have until and including June 21, 2024, to
3 file their answer. In all other respects, the schedule for further proceedings set
4 forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.
5        DATED THIS 31st day of May 2024.

                                             ANNE R. TRAUM
                                             UNITED STATES DISTRICT JUDGE