UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE DEVLIN,<br><br>　　　　　　　　Petitioner,<br>　　v.<br>RONALD OLIVER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 2:21-cv-01266-ART-DJA<br><br>ORDER |

In this habeas corpus action, the respondents filed their answer to the second amended habeas petition on June 21, 2024. (ECF No. 47.) The petitioner, Pierre Devlin, represented by appointed counsel, was then to file a reply by August 20, 2024. (*See* ECF No. 13 (60 days for reply to answer).)

On August 19, 2024, Devlin filed a motion for extension of time (ECF No. 48), requesting a 62-day extension, to October 21, 2024. Devlin's counsel states that the extension of time is necessary because of their obligations in other cases. Devlin's counsel represents that Respondents do not oppose the motion for extension of time.

The Court finds that Devlin's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 48) is granted. Petitioner will have until and including October 21, 2024, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.

DATED THIS 30th day of August, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2