UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PIERRE DEVLIN,

    Petitioner,

v.

RONALD OLIVER, *et al.*,

    Respondents.

Case No. 2:21-cv-01266-ART-DJA

ORDER

    In this habeas corpus action, the respondents filed their answer on June 21, 2024. (ECF No. 47.) On September 26, 2024, the petitioner, Pierre Devlin, represented by appointed counsel, filed a reply to the answer. (ECF No. 50.) Devlin also filed a motion for evidentiary hearing. (ECF No. 53.) Respondents are due to file responses to Devlin's reply and motion for evidentiary hearing by October 28, 2024. (*See* Scheduling Order, ECF No. 13 (30 days for response to reply; response to motion for evidentiary hearing to be filed concurrently with, but separate from, response to reply).)

    On October 9, 2024, Respondents filed a motion for extension of time, requesting that the time for their responses to Devlin's reply and motion for evidentiary hearing be extended to November 4, 2024 (apparently unaware of, or misunderstanding, the scheduling order, Respondents misstate the current due date for those filings and the length of an extension to November 4). (ECF No. 54.) Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Devlin does not oppose the motion for extension of time.

1

1  The Court finds that Respondents' motion for extension of time is made in
2  good faith and not solely for the purpose of delay, and that there is good cause
3  for the extension of time requested.
4  It is therefore ordered that Respondents' Motion for Enlargement of Time
5  (ECF No. 54) is granted. Respondents will have until and including November 4,
6  2024, to file a response to Petitioner's reply and a response to Petitioner's motion
7  for evidentiary hearing. In all other respects, the schedule for further proceedings
8  set forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.

10  DATED THIS 22nd day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2