UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PIERRE DEVLIN,

               Petitioner,

v.

RONALD OLIVER, *et al.*,

               Respondents.

Case No. 2:21-cv-01266-ART-DJA

ORDER

In this habeas corpus action, the respondents filed their answer on June 21, 2024. (ECF No. 47.) On September 26, 2024, the petitioner, Pierre Devlin, represented by appointed counsel, filed a reply. (ECF No. 50.) Devlin also filed a motion for evidentiary hearing. (ECF No. 53.) After a 30-day initial period and a 7-day extension, Respondents were due to file responses to Devlin's reply and motion for evidentiary hearing by November 4, 2024. (*See* ECF Nos. 13, 55.)

On November 4, Respondents filed a motion for extension of time, requesting that the time for their responses to Devlin's reply and motion for evidentiary hearing be extended by another 32 days, to December 6, 2024. (ECF No. 56.) Respondents' counsel states that this extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Devlin does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the requested extension of time.

The Court will not look favorably upon any motion to further extend this deadline.

1

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 56) is granted. Respondents will have until and including December 6, 2024, to file a response to Petitioner's reply and a response to Petitioner's motion for evidentiary hearing. In all other respects, the schedule for further proceedings set forth in the order entered October 20, 2021 (ECF No. 13) will remain in effect.

DATED THIS 13th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE